UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA | 3:18-cr- 00542-MO |
|---|---|
| v. | INDICTMENT |
| BOB IBENNE UGWA, | 18 U.S.C. § 2261A(2)(B) |
| | 47 U.S.C. § 223(a)(1)(C) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNTS 1 - 7
(Cyberstalking)
(18 U.S.C. § 2261A(2)(B))

On or about the dates set forth below, in the District of Oregon and elsewhere, defendant **BOB IBENNE UGWA,** with intent to harass and intimidate, used an interactive computer service, an electronic communication service, an electronic communication service of interstate commerce, and facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to the individuals listed below:

| Count | Victim | Communication Methods | Course of Conduct |
|---|---|---|---|
| 1 | Victim 1 | Telephone calls, text messages | 2011 - November 2018 |
| 2 | Victim 2 | Telephone calls | 2003 - April 2018 |
| 3 | Victim 3 | Telephone calls | November 2014 - July 2018 |
| 4 | Victim 4 | Telephone calls | 2016 - November 2018 |

| Count | Victim | Communication Methods | Course of Conduct |
|---|---|---|---|
| 5 | Victim 5 | Telephone calls | October 2016 - March 2018 |
| 6 | Victim 6 | Telephone calls | October 2017 - March 2018 |
| 7 | Victim 7 | Telephone calls | October 2017 - March 2018 |

In violation of 18 U.S.C. § 2261A(2)(B).

## COUNTS 8 - 14
### (Anonymous Telecommunications Harassment)
### (47 U.S.C. § 223(a)(1)(C))

Between on or about the dates set forth below, in the District of Oregon and elsewhere, defendant **BOB IBENNE UGWA,** in interstate and foreign communications, made a telephone call without disclosing his identity and with intent to abuse, threaten, and harass the individuals listed below:

| Count | Victim | Approximate Dates |
|---|---|---|
| 8 | Victim 1 | 2011 - November 2018 |
| 9 | Victim 2 | 2003 - April 2018 |
| 10 | Victim 3 | November 2014 - July 2018 |
| 11 | Victim 4 | 2016 - November 2018 |
| 12 | Victim 5 | October 2016 - March 2018 |
| 13 | Victim 6 | October 2017 - March 2018 |
| 14 | Victim 7 | October 2017 - March 2018 |

/ / /

/ / /

In violation of Title 47, United States Code, Section 223(a)(1)(C).

Dated: November 14, 2018

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

HANNAH HORSLEY, CASB #220436
Assistant United States Attorney